DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellant,

v.

**LIZ MARY CARRASCAL,**
Appellee.

No. 4D2023-1108

[July 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE20-004760.

David A. Noel and Kara Rockenbach Link of Link & Rockenbach, PA, West Palm Beach, for appellant.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, and Vyacheslav Borshchukov of Vyacheslav Borshchukov, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***